**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Manuel Silva Jr<br><br>Debtor(s) | Case No. 13-21267 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/21/2013.

2) The plan was confirmed on 08/20/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/04/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 03/15/2016.

6) Number of months from filing to last payment: 30.

7) Number of months case was pending: 35.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,567.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$13,567.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,493.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $551.67 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,044.67** |
| Attorney fees paid and disclosed by debtor: | $7.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY BANK | Secured | 57,573.59 | 55,657.88 | 69,933.24 | 0.00 | 0.00 |
| ALLY BANK | Secured | 0.00 | 14,275.36 | 14,275.36 | 9,205.09 | 0.00 |
| Amcore Bank N A/Harris Bank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,921.00 | 2,036.59 | 2,036.59 | 0.00 | 0.00 |
| Blains Farm Fleet Cons / Cit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HICKORY HILLS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| City of Markham | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City Of Rockford Parking Dept | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 0.00 | 420.37 | 420.37 | 0.00 | 0.00 |
| Commonwealth Edison Co | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Directv | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| Frmflt/cbna | Unsecured | 1,775.00 | NA | NA | 0.00 | 0.00 |
| Gilley's Heating and Air Condition | Unsecured | 173.85 | NA | NA | 0.00 | 0.00 |
| GMAC MORTGAGE | Unsecured | 16,697.88 | NA | NA | 0.00 | 0.00 |
| GMAC MORTGAGE | Secured | 16,697.88 | NA | NA | 0.00 | 0.00 |
| Home Comings Financial / GMAC Mortga | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Card Services Iii Inc. | Unsecured | 871.00 | 770.97 | 770.97 | 0.00 | 0.00 |
| Juan Garcia | Unsecured | 12,500.00 | NA | NA | 0.00 | 0.00 |
| Metrocom/Rockford 3251 | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY MTG | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,319.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Unsecured | 1,033.00 | 1,914.72 | 1,914.72 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,319.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,033.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| Orthopaedic Arthritis Clinic | Unsecured | 2,906.00 | NA | NA | 0.00 | 0.00 |
| Osf St Anthony Medical Center | Unsecured | 5,287.00 | NA | NA | 0.00 | 0.00 |
| Physicians Immediate Care N | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Secured | NA | 924.80 | 317.24 | 317.24 | 0.00 |
| PNC MORTGAGE | Secured | 59,000.00 | 60,112.02 | 0.00 | 0.00 | 0.00 |
| PNC MORTGAGE | Secured | 0.00 | 17,210.93 | 0.00 | 0.00 | 0.00 |
| PNC MORTGAGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Secured | 70,000.00 | 64,347.92 | 0.00 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 826.00 | 826.36 | 826.36 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 901.00 | 901.13 | 901.13 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 487.00 | 487.00 | 487.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 544.75 | 544.75 | 0.00 | 0.00 |
| Rockford Anesthesiologists | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| TDS METROCOM-ROCKFORD | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| TDS METROCOM-ROCKFORD | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF EASTERN IL | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Hazel Crest | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Lansing AMB | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| Village Of Lansing Amb | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| Winnebago County Collector | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Winnebago County Collector | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $69,933.24 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,592.60 | $9,522.33 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$84,525.84** | **$9,522.33** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$8,101.89** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,044.67 |
| Disbursements to Creditors | $9,522.33 |
| **TOTAL DISBURSEMENTS** : | **$13,567.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/26/2016         By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**